# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-4202
_____

ERIN BRYAN (f/k/a MCBRADY),

Petitioner,

v.

CASEY ALAN STRICKLAND and
DAVID PATRICK MCBRADY,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 4, 2020

PER CURIAM.

DENIED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

William Falik, Jacksonville, for Petitioner.

Abigail Beebe, West Palm Beach, for Respondents.